IN THE UNITED STATES DISTRICT COURT
FOR THE <u>Northern</u> DISTRICT OF FLORIDA
<u>Tallahassee</u>          DIVISION

<u>GREGORY B. COOPER</u>,

Inmate # <u>T57324</u>.
Plaintiff/Petitioner,

vs. John Doe #1 (Warden)
John Doe #2 (Major)
CHARLES D. McCOY (Sergeant)
John Doe #3 K-9 unit,
John Doe #4 K-9 unit.

CASE NO: _____

John Doe #5 (Rank?)
John Doe #6 (Rank?)
John Doe #7 (Rank)?
"Jane" Cooli (officer)
"Jane" Johnson (officer)

Defendant(s)/Respondent(s).
_____/

## MOTION TO PROCEED IN FORMA PAUPERIS

I, <u>GREGORY B. COOPER</u>, plaintiff/petitioner in the above-entitled action, move to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in the above-entitled action. I am unable to make full prepayment of fees or to give security therefore, and it is my belief that I am entitled to relief. I have not divested myself of any property, monies, or any items of value for the purpose of avoiding payment of said fees.

_____
Signature of Plaintiff/Petitioner

**AFFIDAVIT IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**
(THIS AFFIDAVIT MUST BE COMPLETED IN ITS ENTIRETY)

In support of this motion, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? Yes (✓)  No ( )

If yes, place of incarceration: <u>Union Correctional Institution</u>

If not incarcerated, skip to Question #5.

2. Have you been incarcerated for *at least* six (6) months:   Yes ( ✓ )   No ( )

3. Have you been confined in the facility listed above (question #1) for the six months preceding the filing of this case?   Yes ( )   No ( ✓ )

4. If not, where else have you been held: __Jefferson C.I.__   when: __Oct. 2017 - April 2018__

5. Are you presently employed?   Yes ( )   No ( ✓ )

   a. If yes, amount of salary or wages: __N/A__   Employer: __N/A__
   b. If no, date of last employment: __N/A__   Salary: __N/A__

6. Have you received any money from any of the following sources within the past 12 months:

   a. Business, profession, or self-employment?   Yes ( )   No ( ✓ )
   b. Payments from rent, interest, or dividends?   Yes ( )   No ( ✓ )
   c. Pensions, annuities, or life insurance payments?   Yes ( )   No ( ✓ )
   d. Disability or worker's compensation payments?   Yes ( )   No ( ✓ )
   e. Gifts, inheritances, or any other sources?   Yes ( ✓ )   No ( )

7. Do you have any money in a checking or savings account?   Yes ( )   No ( ✓ )

   If yes, state the total amount (including money in prison bank account): __N/A__

8. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding ordinary household furnishings and clothing)?   Yes ( )   No ( ✓ )

   If yes, describe the property and its approximate value: __N/A__

9. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support: __N/A__

I hereby declare under penalty of perjury that the above information is true and correct.

__[signature]__   __6-21-18__
SIGNATURE OF PLAINTIFF   DATE

- Attach Inmate Bank Account Printouts to this Motion -

Revised 07/02

2

IN THE UNITED STATES DISTRICT COURT
FOR THE  Northern  DISTRICT OF FLORIDA
 Tallahassee  DIVISION

GREGORY B. COOPER,
Inmate # T57324
Plaintiff/Petitioner

vs.   John Doe #1 (Warden)
      John Doe #2 (Major)

CHARLES D. MCCOY,
John Doe #3 K9-unit,
John Doe #4 K9-unit,

John Doe #5 (Rank?)
John Doe #6 Rank?
John Doe #7 Rank?
"June" Cooli (officer)
"Jane" Johnson (officer)

CASE NO: _____

Defendant(s)/Respondent(s).
_____/

## PRISONER CONSENT FORM AND FINANCIAL CERTIFICATE

I, GREGORY B. COOPER, plaintiff/petitioner in the above-entitled action, understand that:

1. If I submit a petition for writ of habeas corpus in this court, the filing fee is $5.00. I must pay such fee if my current prison account balance, my average account balance, or the average of my monthly deposits is $25.00 or more. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint. [See paragraph 2(a)].

2. If I submit a civil rights complaint or other civil action, the filing fee is $350.00. If my current account balance is more than $400.00, I will not qualify for *in forma pauperis* status. I must pay the full $350.00 filing fee before the Court will consider the merits of my complaint. I must request an authorized official to complete the attached Financial Certificate and I must attach a print-out reflecting all transactions in my inmate bank account for the full six (6) month period of time preceding the filing of this complaint.

   (a) If I have not been incarcerated at my current institution for six months, I must obtain an account statement from each facility at which I have been confined during the relevant six month period of time. Failure to submit the required account statements may result in the denial of this *in forma pauperis* application.

   (b) Pursuant to the Prison Litigation Reform Act of 1995, 28 U.S.C. § 1915 (as amended), even if I am granted leave to proceed *in forma pauperis*, I must pay the entire $350.00 filing fee in full. I AM OBLIGATED TO PAY THE ENTIRE $350.00 FILING FEE REGARDLESS OF THE DISPOSITION OF THIS CASE (including dismissal).

(c) If I am allowed to proceed *in forma pauperis*, I may still be required to submit an initial partial filing fee. 28 U.S.C. § 1915(b)(1). My failure to submit an initial partial filing fee, if assessed, may result in the dismissal of this case and the inability to proceed *in forma pauperis* in the future.

(d) The officials at the institution at which I am presently confined or any institution to which I may be transferred are hereby authorized to make additional monthly payments from my account until the balance of the $350.00 filing fee is paid. These additional monthly payments will be up to 20% of all the preceding month's deposits in my account. Institution officials shall submit these monthly payments directly to the Court whenever the funds in my account exceed $10.00. I recognize my responsibility to alert officials at any institution to which I may be transferred in the future of my obligation to pay the full amount of the filing fee. I acknowledge that the Court may, from time to time, require me to provide additional financial records or account statements.

_____   6-21-18
SIGNATURE OF PLAINTIFF            DATE

GREGORY B. COOPER                 T57324
PRINTED NAME OF PLAINTIFF         INMATE NUMBER

** It is the inmate's responsibility to obtain the required print-out(s) from each institution at which he or she may have been confined during the preceding six months and provide them to the official completing this form.

*****************************************

FINANCIAL CERTIFICATE # T57324

(To be complete by Authorized Penal Official)

A PRINTOUT OF ALL TRANSACTIONS IN THE INMATE'S PRISON ACCOUNT FOR THE PRECEDING SIX (6) MONTHS MUST BE ATTACHED.

1. Current Account Balance:                          $ 40.17
2. Average Monthly Balance for preceding 6 months:   $ 21.34
3. Average Monthly Deposits for preceding 6 months:  $ 45.83

I hereby certify that, as of this date, the above information for the prison account of the inmate named above is correct.

_____   7/2/18
SIGNATURE OF AUTHORIZED OFFICIAL  DATE

PLEASE COMPLETE THIS FORM IN INK, IN A COLOR OTHER THAN BLACK.

Revised 04/06

2

```
IBSR140 (74)                       FLORIDA DEPARTMENT OF CORRECTIONS                    07/02/18
                                     TRUST FUND ACCOUNT STATEMENT                       07:25:41
                                     FOR: 01/02/2018 - 07/02/2018                       PAGE    1

ACCT NAME: COOPER, GREGORY B.          ACCT#: T57324
      BED: U4202L                      TYPE: INMATE TRUST
   PO BOX:

                                                                BEGINNING BALANCE 01/02/18        $0.00

   POSTED                         REFERENCE
   DATE    NBR      TYPE            NUMBER     FAC   REMITTER/PAYEE          +/-    AMOUNT      BALANCE
   ------- --- ---------------- ------------- ----- ------------------------- ---- ---------- ------------
   01/10/18 320 JPAY DEPOSIT     80760540      000  KENNEDY, JENNIFER L.       +      $40.00      $40.00
   01/10/18 323 LIEN PAYMENT     011018320836  000                             -       $0.33      $39.67
                PROCESSING FEE   - 01/01/2018  20180101
   01/12/18 005 CANTEEN SALES    10320180111   000                             -      $33.31       $6.36
   01/14/18 106 JPAY DEPOSIT     80899307      000  OWEN, MICHAEL D.           +     $100.00     $106.36
   01/15/18 005 CANTEEN SALES    10320180114   000                             -       $6.26     $100.10
   01/15/18 139 PROCESSING FEE   WEEKLY DRAW   000                             -       $0.40      $99.70
   01/16/18 005 CANTEEN SALES    10320180115   000                             -      $65.56      $34.14
   01/18/18 005 CANTEEN SALES    10320180117   000                             -      $14.65      $19.49
   01/21/18 107 JPAY DEPOSIT     81143323      000  COOPER, TINA S.            +      $25.00      $44.49
   01/22/18 005 CANTEEN SALES    10320180121   000                             -      $19.49      $25.00
   01/22/18 137 PROCESSING FEE   WEEKLY DRAW   000                             -       $1.00      $24.00
   01/24/18 005 CANTEEN SALES    10320180123   000                             -      $23.97       $0.03
   01/29/18 137 LIEN PAYMENT     WEEKLY DRAW   000                             -       $0.03       $0.00
                PROCESSING FEE   - 01/29/2018  20180129
   02/10/18 189 JPAY DEPOSIT     81955862      000  COOPER, TINA S.            +     $100.00     $100.00
   02/10/18 190 LIEN PAYMENT     021018189950  000                             -       $0.21      $99.79
                PROCESSING FEE   - 01/29/2018  20180129
   02/12/18 005 CANTEEN SALES    10320180211   000                             -      $33.57      $66.22
   02/12/18 139 PROCESSING FEE   WEEKLY DRAW   000                             -       $0.34      $65.88
   02/14/18 005 CANTEEN SALES    10320180213   000                             -      $65.87       $0.01
   02/19/18 133 LIEN PAYMENT     WEEKLY DRAW   000                             -       $0.01       $0.00
                PROCESSING FEE   - 02/19/2018  20180219
   03/01/18 174 JPAY DEPOSIT     82738259      000  ADKISON, KRISTINA N.       +      $40.00      $40.00
   03/01/18 177 LIEN PAYMENT     030118174685  000                             -       $0.65      $39.35
                PROCESSING FEE   - 02/19/2018  20180219
   03/03/18 005 CANTEEN SALES    10320180302   000                             -      $39.28       $0.07
   03/05/18 143 LIEN PAYMENT     WEEKLY DRAW   000                             -       $0.07       $0.00
                PROCESSING FEE   - 03/05/2018  20180305
   03/06/18 278 JPAY DEPOSIT     83007318      000  CLARK, SELINA              +      $30.00      $30.00
   03/06/18 279 LIEN PAYMENT     030618278484  000                             -       $0.32      $29.68
                PROCESSING FEE   - 03/05/2018  20180305
   03/08/18 305 MO (JPAY)        83080510      000  FERNANDEZ, JANISE          +      $50.00      $79.68
   03/08/18 306 PROCESSING FEE   030818305097  000                             -       $0.50      $79.18
   03/09/18 005 CANTEEN SALES    10320180308   000                             -      $29.68      $49.50
   03/10/18 005 CANTEEN SALES    10320180309   000                             -      $47.86       $1.64
   03/12/18 143 PROCESSING FEE   WEEKLY DRAW   000                             -       $0.78       $0.86
   03/16/18 005 CANTEEN SALES    10320180315   000                             -       $0.66       $0.20
   03/19/18 143 PROCESSING FEE   WEEKLY DRAW   000                             -       $0.01       $0.19
   04/03/18 241 JPAY DEPOSIT     84137467      000  ADKISON, KRISTINA N.       +      $20.00      $20.19
   04/05/18 005 CANTEEN SALES    10320180404   000                             -      $20.18       $0.01
   04/09/18 143 LIEN PAYMENT     WEEKLY DRAW   000                             -       $0.01       $0.00
                PROCESSING FEE   - 04/09/2018  20180409
```

```
IBSR140 (74)                    FLORIDA DEPARTMENT OF CORRECTIONS               07/02/18
                                   TRUST FUND ACCOUNT STATEMENT                 07:25:41
                                   FOR: 01/02/2018 - 07/02/2018                 PAGE   2

ACCT NAME: COOPER, GREGORY B.           ACCT#: T57324
    BED: U4202L                         TYPE: INMATE TRUST
    PO BOX:
```

| POSTED DATE | NBR | TYPE | REFERENCE NUMBER | FAC | REMITTER/PAYEE | +/- | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| 04/28/18 | 188 | MEDICAL CO-PAY LIEN CREATED | 0423181340CS - 04/28/2018 | 000 0423181340CS | | - | $0.00 | $0.00 |
| 05/01/18 | 205 | JPAY DEPOSIT | 85204983 | 000 | ADKISON, KRISTINA N. | + | $40.00 | $40.00 |
| 05/01/18 | 208 | LIEN PAYMENT PROCESSING FEE | 050118205044 - 04/09/2018 | 000 20180409 | | - | $0.19 | $39.81 |
| 05/01/18 | 208 | LIEN PAYMENT MEDICAL CO-PAY | 050118205044 - 04/28/2018 | 000 0423181340CS | | - | $5.00 | $34.81 |
| 05/15/18 | 043 | CANTEEN SALES | 21320180514 | 000 | | - | $8.56 | $26.25 |
| 05/21/18 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.09 | $26.16 |
| 05/25/18 | 268 | JPAY DEPOSIT | 86133892 | 000 | COOPER, TINA S. | + | $50.00 | $76.16 |
| 05/29/18 | 043 | CANTEEN SALES | 21320180528 | 000 | | - | $16.87 | $59.29 |
| 05/31/18 | 235 | MULTI-PARTY CHE | 0661965 | 000 | FLORIDA DEPARTMENT OF COR | - | $35.00 | $24.29 |
| 06/01/18 | 203 | JPAY DEPOSIT | 86387454 | 000 | ADKISON, KRISTINA N. | + | $30.00 | $54.29 |
| 06/04/18 | 139 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.17 | $54.12 |
| 06/12/18 | 043 | CANTEEN SALES | 21320180611 | 000 | | - | $10.47 | $43.65 |
| 06/18/18 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.10 | $43.55 |
| 06/26/18 | 043 | CANTEEN SALES | 21320180625 | 000 | | - | $8.35 | $35.20 |
| 06/27/18 | 562 | JPAY DEPOSIT | 87394380 | 000 | ADKISON, KRISTINA N. | + | $40.00 | $75.20 |
| 06/28/18 | 140 | INDIVIDUAL CHEC | 0663675 | 000 | JEWELRY GIFT DEPOT | - | $34.95 | $40.25 |
| 07/02/18 | 141 | PROCESSING FEE | WEEKLY DRAW | 000 | | - | $0.08 | $40.17 |

ENDING BALANCE 07/02/18     $40.17

```
                         FLORIDA DEPARTMENT OF CORRECTIONS      07/02/18
IBSR176 (90)               INITIAL PAYMENT FOR FILE FEE         07:26:13
                              FOR: 07/02/2018                   PAGE  1

DC # : T57324    INMT NAME : COOPER, GREGORY B.      CURR BAL  : $    40.17
HOLDS : $     0.00  LIENS : $    0.00                SPENDABLE : $     0.00

 DATE RANGE            MONTHLY AVERAGE DEPOSITS   MONTHLY AVERAGE BALANCES
 01/03 - 02/01                $    55.00                  $    17.25
 02/02 - 03/03                $    70.00                  $    13.67
 03/04 - 04/02                $    40.00                  $     6.61
 04/03 - 05/02                $    30.00                  $     3.67
 05/03 - 06/01                $    40.00                  $    39.39
 06/02 - 07/01                $    40.00                  $    47.44

 AVERAGE OVER 6 MONTHS      DEPOSITS : $   45.83
                            BALANCES : $   21.34

 CALCULATED INITIAL PAYMENT : $    9.17
```

Gregory Cooper DC# T-F-73241
Union Correctional Institution
P.o. box 1000
Raiford, FL 32083

CHECKED AUG - 3 2018

Mailed from a State
Correctional Institution

U.S. POSTAGE PITNEY BOWES
ZIP 32083 $ 001.63⁰
02 1W
0001403805 JUL 31 2018

Clerk, U.S. District Court
111 N. Adams St.
Tallahassee, Florida 32301-7730

RECEIVED BY
UNION CORRECTIONAL INSTITUTION
JUL 31 2018
FOR MAILING