AMENDED COMPLAINT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

PROVIDED TO
SANTA ROSA C.I. ON

MAY 15 2019

FOR MAILING BY
_____

## CIVIL RIGHTS COMPLAINT FORM
## TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

GREGORY B. COOPER                 ,

Inmate ID Number: T57324          ,

v.                                         CASE NO: 4:18-cv-371-MW/MJF

" Sergeant Charles D. McCoy ,
" John Doe #1                     ,
" John Doe #2                     ,
" John Doe #3                     ,
" John Doe #4                     .

"Jane" Cook
"Jane" Johnson

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

" John Doe #5
" John Doe #6
" John Doe #7

PROVIDED TO
SANTA ROSA C.I. ON

MAY 14 2019

FOR MAILING BY
_____

**ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:**

1

AH  FILED USDC FLND TL
MAY 20 '19 PM3:09

I. **PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: Gregory Brian Cooper
Inmate Number: T57324
Prison or Jail: Santa Rosa C.I.
Mailing address: 5850 E. Milton Road
Milton, FL 32583

II. **DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for **every** Defendant:

(1) Defendant's name: Charles D. McCoy
    Official position: Sergeant
    Employed at: Jefferson C.I.
    Mailing address: 1050 Big Joe Rd.
    Monticello, FL

(2) Defendant's name: John Doe #1
    Official position: Warden - White Male
    Employed at: Jefferson C.I.
    Mailing address: 1050 Big Joe Rd.
    Monticello, FL

(3) Defendant's name: John Doe #2
    Official position: Major - White Male
    Employed at: Jefferson C.I.
    Mailing address: 1050 Big Joe Rd.
    Monticello, FL

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

John Doe #3
K-9 Unit - White Male
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

John Doe #4
K-9 Unit - Black Male
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

John Doe #5
Rank Unknown - Black Male
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

John Doe #6
Rank Unknown - Black Male
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

John Doe #7
Rank Unknown - Black Male
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

Jane Cooli
C.O. 1 - Black Female
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

Jane Johnson
C.O. 1 - Black Female
Jefferson C.I.
1050 Big Joe Rd.
Monticello, FL

3

III.     **EXHAUSTION OF ADMINISTRATIVE REMEDIES**

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

IV.     **PREVIOUS LAWSUITS**

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

   A.     Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
          Yes( )                    No(✓)

          1.   Parties to previous action:
               (a) Plaintiff(s): _____
               (b) Defendant(s): _____
          2.   Name of judge:_____ Case #: _____
          3.   County and judicial circuit: _____
          4.   Approximate filing date: _____
          5.   If not still pending, date of dismissal: _____
          6.   Reason for dismissal: _____
          7.   Facts and claims of case: _____

          **(Attach additional pages as necessary to list state court cases.)**

   B.     Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?
          Yes( )                    No(✓)

          1.   Parties to previous action:
               a.  Plaintiff(s): _____
               b.  Defendant(s): _____
          2.   District and judicial division: _____
          3.   Name of judge:_____ Case #: _____
          4.   Approximate filing date: _____
          5.   If not still pending, date of dismissal: _____
          6.   Reason for dismissal: _____

4

7. Facts and claims of case: ~~_____~~
   ~~_____~~

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

   Yes( )          No(✗)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): ~~_____~~
   b. Defendant(s): ~~_____~~
2. District and judicial division: ~~_____~~
3. Name of judge: ~~_____~~    Case #: ~~_____~~
4. Approximate filing date: ~~_____~~
5. If not still pending, date of dismissal: ~~_____~~
6. Reason for dismissal: ~~_____~~
7. Facts and claims of case: ~~_____~~

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

   Yes( )          No(✗)

1. Parties to previous action:
   a. Plaintiff(s): ~~_____~~
   b. Defendant(s): ~~_____~~
2. District and judicial division: ~~_____~~
3. Name of judge: ~~_____~~    Case Docket # ~~_____~~
4. Approximate filing date: ~~_____~~    Dismissal date: ~~_____~~
5. Reason for dismissal: ~~_____~~


6.   Facts and claims of case: ~~_____~~

~~_____~~

(Attach additional pages as necessary to list cases.)

## V.   STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. <u>Do not make any legal arguments or cite to any cases or statutes.</u> You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

※ Pertaining to the list of John Doe Defendants ※

[1] Plantiff has exhausted all administrative remedies in attempting to obtain critical incident reports, use of force reports, disciplinary investigative reports, statements of witnesses, photographs of injuries and medical records to no avail.

[2] In requesting these documents through the grievance process, Plantiff stated that he was filing a 1983 Civil rights complaint form. Plantiff specifically stated that he needed all names of Prison officials directly envolved in the use of force incident to attach to the civil rights complaint form.

[3] Plantiff was told in the grievance response that the Department of Corrections would not provide that information without a Court Subpoena. Plantiff sent a request to the Inspector Generals office requesting the identities of the officers envolved in the use of force incident. A Inspector stated in his response to the request that all requests for documents and information must be obtained through administration. (Whom initially denied my requests)

[4] Plantiff has copies of all requests and grievances for production of the identities of the officers envolved in the use of force to submit to the Court at the Courts discretion.

[5] To appease the Court, Plantiff will again submit a grievance request to administration in an attempt to obtain the identities of the

officers involved in the use of force incident.

[6] Plantiff would like to advise the Court that it takes up to 90 days to receive a final answer on all grievances and that the Court did not afford the plantiff enough time to again attempt retrival of the identities of the officers involved to attach to the Amendment of this Complaint.

[7] Again, the Department of Corrections has stated that the identities of the officers involved will only be released to the Plantiff per a Court Subpoena. Plantiff could uncover the identities of all John Doe Defendants through a Subpoena for production of documents and discovery. Plantiff could then Amend the Complaint form with the proper names of all John Doe Defendants.

### ✳ Pertaining to the Incident ✳

[8] On April 13th, 2018, at approximately 10:30 a.m. while Plantiff was being housed at Jefferson C.I., the Defendants conducted a search of a dormitory where the Plantiff was visiting. Plantiff informed Defendant McCoy that he did not reside in that dormitory. Defendant McCoy then conducted a strip-search of the Plantiff. Defendant McCoy did not find any contraband and ordered Plantiff to stand by the officer's station.

[9] After all other inmates had been strip-searched and placed in the day room and all other officers were involved in the search, Defendant McCoy approached the Plantiff and directed him into the bathroom where no one else was present, to be strip-searched a second time.

[10] During the strip-search, Defendant McCoy began making noises of approval as the plantiff lifted his penise and testicles in compliance with the strip-search. As Plantiff turned around to squat and cough in compliance with the strip-search, Defendant McCoy told the Plantiff to turn back around. Defendant McCoy then used a metal detector wand to fondle the plantiff's penise while again making noises of approval.

~~XI. Statement of Facts continued~~

while again making noises of approval.

11. The Plantiff felt uncomfortable and violated. The Plantiff cursed at Defendant McCoy and while still naked, the Plantiff attempted to run out of the bathroom and report Defendant McCoy's actions to the Warden whom was present in the day room.

12. Defendant McCoy pursued the Plantiff, grabbed him by the shoulder and struck the Plantiff in the side of the head and face with the metal detector wand. Plantiff then spun out of the Defendant's grip.

13. As a result of the commotion and the Plantiff's calls to the Warden, Defendants #2, #3, #4, #5, #6, and #7 entered the bathroom. Defendant McCoy pointed at the Plantiff, stated to the other Defendants that the Plantiff had hit him, and orderd them to beat the Plantiff.

14. Defendants #2, #3, #4, #5, #6, #7 and Defendant McCoy then converged on the Plantiff with their fists up in a manner to strike the Plantiff. Defendant McCoy possessed the metal detector wand.

15. The Plantiff then witnessed Defendants #1 (Warden) and Defendant "Jane" Johnson standing in the entrance way to the bathroom watching the incident. At this time Defendant Cooli was also witnessed watching the incident by the Plantiff.

16. Out of fear of the Defendants, Plantiff again called to Defendant #1 (Warden) and attempted to run to him for help.

17. The Plantiff was then directed to the ground and placed in restraints by Defendants #2, #3, #4, #5, #6, and #7. Once the Plantiff was placed in restraints, Defendant McCoy again orderd the other Defendants to beat the Plantiff. At this time, the Plantiff was laying on the ground with his hands restraind behind his back.

18. Plantiff looked back and witnessed the following: Defendant #5 stood on the Plantiff's feet to hold him still.

19. Defendant #6 straddled Plantiff's thighs to hold him still.

20. Defendant #7 began stomping and kicking the Plantiff in the sides and back.

21. Defendant #3 then mounted the Plantiff's torso and continuously punched him in the face and head while screaming "Stop resisting."

22. Defendant #2 then switched places with Defendant #3 and began punching the Plantiff in the face and head. Defendant #2 then stated that he was going to drown the Plantiff in the toilet.

23. Defendant #4 then switched places with Defendant #2. Defendant #4 began punching the Plantiff in his face and head

24. Finally, Defendant McCoy then switched places with Defendant #4 and began striking the Plantiff in the head and face with the metal detector wand until the Plantiff was knocked unconscious

8

25) Right before the unlawful beating commenced in the unlawful beating, Plantiff witnessed Defendants #1, Cooli, and Johnson watching. As the other Defendants began attacking Plantiff, Plantiff called out for help to Defendants #1, Cooli and Johnson to no avail.

26) When Plantiff regained consciousness, Defendants #1, Cooli, and Johnson were all staring at the Plantiff with astounded looks on their faces at how badly the Plantiff was beaten.

27) Defendant #1, (Worden) then walked into the bathroom. The Plantiff stated: "look what your officers did to me"

28) Defendant #4 then told Plantiff to shut up and repeatedly slammed Plantiffs face into the wall approximately 7 times while in the presence of the Warden.

29) Defendant #1 (Worden) again did nothing to intervene.

30) While being escorted to confinement by Defendants #2 and #4, Defendant #4 attempted to break Plantiffs wrist by bending it.

31) Plantiff Suffered: (1) Severe swelling and bruising from the left side of his head to the front of his face; (2) a laceration above his left eye; (3) lacerations and bruising on his right cheek and eye; (4) Severe bruising down his back, ribs, shins and toes; and (5) Nerve damage in his spine and wrist.

32) All Defendants acted under color of state law.

9

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

\* ALL DEFENDANTS ACTED UNDER COLOR OF STATE LAW \*

1. Defendant McCoy violated the Eighth Amendment by striking the Plaintiff in the face with a metal detector wand after he sexually harrased the Plaintiff. See Paragraphs 10, 11, 12 of Statement of facts.

2. Defendants McCoy, #2, #3, #4, #5, #6, and #7 all violated the Eighth Amendment by maliciously and sadistically beating the Plaintiff while he was restrained. Refer to the Statement of facts for the following:

\# See Continued \#

## VII. RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

Plaintiff requests monetary relief in the amount of $2,000,000 per defendant for pain, suffering and permanent nerve damage.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

5-4-19
(Date)

(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail system on: the_____day of_____, 20____.

_____
Signature of Plaintiff

Revised 03/07

10

Defendant McCoy - Paragraph 24
Defendant #2 - Paragraph 22
Defendant #3 - Paragraph 21
Defendant #4 - Paragraphs 23, 28, 30
Defendant #5 - Paragraph 18
Defendant #6 - Paragraph 19
Defendant #7 - Paragraph 20

3. Defendants John Doe #1 (Warden), Jane Cooli and Jane Johnson violated the Eight Amendment by failing to intervene and stop the other defendants from unlawfully beating the plantiff. Refer to the Statement of facts for the following:

Defendant John Doe #1 (Warden) - Paragraphs 15, 16, 25, 26, 27, 28, 29
Defendant Cooli - Paragraphs 15, 25, 26
Defendant Johnson - Paragraphs 15, 25, 26

11

Gregory Cooper T57324
Santa Rosa Correctional Institution
5850 East Milton Road
Milton, FL 32583

MAILED FROM A STATE
CORRECTIONAL INSTITUTION



United States District Court
Northern District of Florida
Tallahassee Division
Office of the Clerk
111 N. Adams Street
Tallahassee, FL 32301-7730

MAY 20 2019



PROVIDED TO
SANTA ROSA C.I. ON
MAY 15 2019
FOR MAILING BY