IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE, DIVISION

GREGORY B. COOPER
    PLAINTIFF

V.                                   Civil Action No: 4:18-CV-371/MW/MJF

CHARLES D. MCCOY, ET, AL
    DEFENDANTS

## Motion to Leave to file A Third Amended Complaint

Plaintiff, Gregory Brain Cooper, pursuant Rule 15(A) and 19(A) FED R. Civ. P. request leave to file a third amended complaint adding (8) eight defendants.

1. The Plaintiff in his Second Amended Complaint named (10) defendants.

2. Since the filing of the Second Amended Complaint the plaintiff has received the Inspector Generals report in it's entirety and has determined the name of (8) eight more defendants. Lieutenant William Thigpenn, paragraph 42, Captain Melanie Martin paragraph 42, Captain Barbra Brown paragraph 30, 33, 34, 43, 44, Officer Shannon Broxsie, paragraph 30, 43, L.P.N C. Cooper paragraph 39 S.M.D A Varonda, paragraph 39 Colonel Heather Hamlin, paragraph 40 Inspector Ryan Muse, paragraph 45

3. This Amendment is to reflect that Actions and Identities of all Defendants Included herein.

Respectfully Submitted

12-16-20

CERTIFICATE OF SERVICE

I, HEREBY CERTIFY THAT A COPY OF THE FOREGOING HAS BEEN FURNISHED BY DELIVERY TO THE EMPLOYEES AT FRANKLIN C.I. FOR THE PURPOSE OF MAILING VIA U.S. MAIL TO: LORI HUSKISSON, SENIOR ASS. ATTY. GENERAL THE CAPITAL PL-01 TALLAHASSEE, FLORIDA 32399-1050. ALSO, A COPY TOO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF FLORIDA, TALLAHASSEE DIVISION, U.S. COURTHOUSE 111 N. ADAMS ST. SUITE # 323, TALLAHASSEE, FLORIDA 32301-7730.

DATE: 12-16-20

X _____
GREGORY B. COOPER #757324
FRANKLIN C.I.
1760 HWY 67 NORTH
CARRABELLE, FL. 32322

PROVIDED TO FRANKLIN CI
FOR MAILING ON
12 / 16 / 20  AC
INMATE INITIALS G.C.

* NOTARY AT LARGE

Gregory Cooper DC# T57324
Franklin Correctional Institution
1760 HWY 67 North
Carrabelle, FL 32322



Tallahassee P&DF 323
THU 17 DEC 2020 PM

U.S. District Court
Northern District - Tallahassee Division

U.S. Court House
Clerk of Court
111 N. Adams St.
Suite # 323
Tallahassee, FL 32301-7730

LEGAL MAIL

MAILED FROM A STATE
CORRECTIONAL INSTITUTION