# FLORIDA DEPARTMENT OF CORRECTIONS
## LITIGATION COVER SHEET

Telephone: (850) 717-3605     Fax: (850) 922-4355

**TO:** Office of the General Counsel (Tallahassee)

**INSTITUTION/FACILITY:** Calhoun Correctional Institution

**CASE NAME:** Gregory B. Cooper vs. Charles D. McCoy

**CASE NO.:** 4:18-cv371-MW/MJF

**FULL NAME OF DEFENDANT:** Kenneth E. Stephens

**CURRENT STATUS OF DEFENDANT:**

__X__ Employee of DC at: Calhoun Correctional Institution

____ Retired - Address/Phone Number:

____ Former Employee - Address/Phone Number:

____ Other:

**AT TIME OF INCIDENT:**
1) WORKED IN: ____Health Services ____Food Services ____PRIDE ____Other

2) DEFENDANT'S STATUS: __X__ DC Employee ____Private Contract with ____

**DATE OF SERVICE:**

**TYPE OF SERVICE:** __X__ Summons ____Waiver Forms ____Show Cause Order/Rule/Letter

____Notice of Hearing/Trial/Pretrial Conference     ____Other:
____Notice to Appear

**MANNER OF SERVICE:** ____Personally served on named defendant by sheriff, U.S. Marshal, or process server
____Personally served on named defendant by department special appointee per court order
__X__ Received by certified or regular U.S. mail
____Received through institutional mail
____Hand delivered by inmate
____Other (give details):

Signature: Edna Mayo     Date: 5/17/21

PRINT Name: Edna Mayo

**Distribution:**
- White - OGC (Attorney)
- Canary - OGC (Risk Management)
- Pink - OGC (Office of the General Counsel)
- Goldenrod - Originator

The attached litigation cover sheet includes the home address and/or telephone number of former correctional staff. Such information is being provided to you for the purpose of representation only and is otherwise confidential and/or exempt from public disclosure under sections 119.071 and 945.10, Florida Statutes. Except for the limited purpose of representation as stated above, please ensure that the information is protected from disclosure and/or further dissemination.

DC1-202 (Revised 11/19/15)

FILED USDC FLND GV
MAY 25 '21 AM 9:07

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-371-MW/MJF

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Kenneth Stephens, Colonel
was received by me on *(date)* 5/17/21

☒ I personally served the summons on the individual at *(place)* Calhoun C.I.
on *(date)* 5/17/21 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

☐ Designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other
*(specify):*

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0

I declare under penalty of perjury that this information is true.

Date: 5/17/21

Edna Mayo
*Server's signature*

Edna Mayo, Sec. Spec.
*Printed name and title*

19562 SE Institution Drive
Blountstown Fl. 32424
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF FLORIDA

GREGORY B. COOPER

*Plaintiff(s)*

v.

Civil Action No. 4:18-cv-371-MW/MJF

CHARLES D. MCCOY, et al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   KENNETH E. STEPHENS

2021 MAY 11  P 2: 13
USMS RECEIVED
GAINESVILLE, FL

A lawsuit has been filed against you.

Within 60 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GREGORY B. COOPER T57324
FRANKLIN CORRECTIONAL INSTITUTION
1760 HWY 67 N
CARRABELLE, FL 32322

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 7, 2021

*JESSICA J. LYUBLANOVITS,*
*CLERK OF COURT*

s/ Jeremy Wright, Deputy Clerk
*Signature of Clerk or Deputy Clerk*