**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**GREGORY B. COOPER,**
    **DC# T57324,**
    Plaintiff,

**v.**                                               **Case No.: 4:18-cv-371/MW/MJF**

**CHARLES D. MCCOY, et al.,**

    Defendants.
_____/

## DEFENDANTS' NOTICE TO COURT OF WITHDRAWAL OF ARGUMENT

Defendants, through undersigned counsel, hereby provides notice of withdrawal of an argument made in Defendants' Motion for Partial Summary Judgment (Docs. 141, 157) that Plaintiff's alleged back injury was a pre-existing condition.  Defendants' argument was based on an entry in Plaintiff's medical records dated as 1/23/18 (Doc. 157-1 at 5).  Upon further investigation, Defendants believe that the author of the medical record erred in the year of the medical entry and that the entry should have been dated as 1/23/19.  Therefore, Defendants hereby withdraw their argument that Plaintiff's medical records indicated a pre-existing back injury based upon the referenced exhibit.

1

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**

/s/ Lori Huskisson
**Lori Huskisson**
 Senior Assistant Attorney General
Florida Bar No.:  0845531
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Lori.Huskisson@myfloridalegal.com

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and correct copy of the foregoing *Notice*

has been filed electronically through the CM/ECF system on December 9, 2021,

and furnished by U.S. mail to:   **Gregory B. Cooper, DC#T57324**, Taylor

Correctional Institution, 8501 Hampton Springs Road, Perry, Florida 32348-8747,

on the 10th day of December, 2021.

/s/ Lori Huskisson
Lori Huskisson, Esq.