UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OUTGOING LEGAL MAIL
PROVIDED TO TAYLOR C.I. FOR
MAILING ON

4/13/22 , J4 G⁻ᶜ·

DATE (CONFINEMENT-MAIN UNIT) OFFICER IN:.

GREGORY B. COOPER, # T57824
        Plaintiff,

v.                                                    CASE NO.: 4-18-CV- 371- MW/MJF

CHARLES D MCCOY, ET .AL.,
        Defendant.                              /
_____

## PLAINTIFF'S WITNESS LIST

**COMES NOW**, Gregory B Cooper, *pro se* pursuant to order of the Court

proving names as best as the *pro se* plaintiff can provide that he intends to have

called as witness during trial:

1. Lieutenant Myles Sapp, of Union C.I. # 213
2. Sergeant Charles McCoy, of Jefferson C.I. #103
3. Sergeant Anthony Roe, of Jefferson C.I. #103
4. Officer David Williams, of Jefferson C.I. #103
5. Officer Shanita Cooley, of Jefferson C.I. #103
6. Officer Shannon Broxsie, of Jefferson C.I. #103
7. Officer Vekeisha Johnson, of Jefferson C.I. #103
8. Officer Joshua Shelton, of Jefferson C.I. #103
9. Major Kenneth Stephens, of Jefferson C.I. #103
10. Warden Heath Holland, of Jefferson C.I. #103
11. Officer Jason McDonald, of Jefferson C.I. #103
12. Officer Darren White, of Jefferson C.I. #103
13. OSMD A. Varona , of Jefferson C.I. #103
14. R.N.D. Harrell, of Union C.I. # 213

Jefferson C.I., is located at:


FILED USDC FLND TL
APR 18 '22 PM4:00

1050 Big Joe Road
Monticello, Florida

Union C.I., is located at: P.O. Box 1000
Raiford, FL 32083

**WHEREFORE** Plaintiff respectfully submits this Witness List in response

to the order of the Court.

Respectfully Submitted,

/s/

Gregory B Cooper, DC # T57324
Taylor Correctional Institution
8501 Hampton Springs Road
Perry, Florida 32348
(Plaintiff *pro se*)

## CERTIFICATE OF MAILING

I certify that I place this Witness List in the hands of Taylor Correctional

officials for mailing to the Northern District of Florida Clerk of the Court, and Joe

Belitzky, counsel for defendants, office of the Attorney General, the Capital, PL-

01 Tallahassee Florida 32399-1050, on this 12th day of April 2022.

/s/

Gregory B Cooper, DC # T57324
(Plaintiff *pro se*)

Gregory Cooper T573o4
Taylor Correctional Institution
8501 Hampton Springs Rd.
Perry, FL 32-348

Exhibits,
Split
in
both
Envelopes.

APR 18 2022

Clerk
U.S.D.C. Northern District of Florida
Tallahassee, Division.
U.S. Courthouse 111 N. Adams St.
Suite #322
Tallahassee, FL 32301

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION



US POSTAGE
ZIP 32348 $ 009.25
02 4W
0000359797 APR 13 2022