UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY B. COOPER,

    Plaintiff,

v.                                            Case No.  4:18cv371MJF

CHARLES D. MCCOY, et al.,

    Defendants.
_____/

## ORDER SETTING SETTLEMENT CONFERENCE

This case was referred to the undersigned on April 21, 2022 for the purpose of conducting a settlement conference.  ECF Doc. 185.  According to the notice submitted by the Defendants, the parties request the settlement conference be conducted remotely via Zoom or telephone.  Although the Court finds remote settlement conferences to have less of a chance of success, the Court will agree to allow the parties to attend remotely.  *However*, should the Court find any party or attendant is not acting in good faith, not cooperating, not acting in full and complete candor, or engaging in any conduct which the Court finds to be obstructive to the settlement process, the Court will suspend the conference and reconvene the conference in-person.

The conference will be held **Wednesday, May 25, 2022 at 10:00 A.M. CST.** All parties and their lead counsel, along with any person necessary to authorize a full and complete settlement of this matter, will attend the conference. For the conference to have a reasonable chance of success, counsel and the *pro se* plaintiff must very carefully review, and comply with, the remainder of this Order.

**The courtroom deputy by separate email will provide Defendants' counsel with a Zoom link and telephone number to use for the conference. Counsel for Defendants are responsible for coordinating with the proper authorities at Plaintiff's institution for Plaintiff to attend the settlement conference remotely and for providing the remote access information to Plaintiff. The Court prefers the conference to be conducted by Zoom, but anyone who does not have Zoom access may attend by phone.**

Settlement conferences are often unproductive unless the parties have exchanged demands and offers before the conference and made a serious effort to settle the case on their own. Therefore, before arriving at the settlement conference, the parties shall negotiate and make a good-faith effort to settle the case without the involvement of the court. Any settlement will be immediately communicated to the court by filing a joint notice of settlement.

Additionally, on or before **May 18, 2022**, each party must provide a settlement statement marked "confidential" to the office of the Magistrate Judge via hand-delivery, mail, or e-mail (flnd_cannon@flnd.uscourts.gov).  The statement will not be filed with the clerk or served on or disclosed to opposing counsel, as it will not become a part of the file of this case and will be for the exclusive use of the Magistrate Judge in preparing for and conducting the conference.  The statement must contain: (1) an outline of settlement negotiations to date, including the most recent proposals and counter proposals; (2) a statement regarding whether any settlement terms are believed to be "nonnegotiable" and, if so, a description of those terms; (3) an outline of the strengths and weaknesses of the party's case; (4) a statement regarding what the party believes is necessary to resolve the matter; and (5) any other information the parties want the undersigned to consider.

Although the purpose of the settlement conference is to facilitate settlement of this case, it will be conducted in such a manner as not to prejudice any party in the event settlement is not reached.  To that end, all matters communicated to the Magistrate Judge in confidence before or during the conference will be kept confidential and will not be disclosed to any other party or to the district judge.

The conference will end when settlement is reached or when the Magistrate Judge concludes that further negotiation is unlikely to result in settlement.  If

Case No. 4:18-cv-371-MJF

Page **4** of **4**

settlement is reached, the Court will, upon request, activate a recording device, or obtain a court reporter so that the parties may place the terms of their settlement on the record and recommend dismissal of this action.

DONE AND ORDERED this 29th day of April 2022.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**