UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY B. COOPER,**

    **Plaintiff,**

v.                                                               Case No. 4:18-cv-371/MW/MJF

**CHARLES D. MCCOY, et al.,**

    **Defendants.**

_____/

## DEFENDANTS' WITNESS LIST

Defendants , through undersigned counsel, and pursuant to this Court's Order [Doc. 165], file their 'witness list' of witnesses whom they intend to call at trial:

1. Charles McCoy/ Defendant;  Address:  c/o Joe Belitzky, Esq.[1].

He will testify as to his attempt to search Plaintiff for contraband during the subject incident, and being assaulted and battered by Plaintiff as a result thereof.  His anticipated testimony, including cross examination, could take one hour.

2. Joshua Shelton/ Defendant;  Address:  c/o Joe Belitzky, Esq.

He will testify as to his attempt to restrain Plaintiff during the subject incident, and his use of necessary and reasonable force to do so, and to bring Plaintiff into compliance with lawful orders. His anticipated testimony, including cross examination, could take forty five minutes.

3. David Williams/ Defendant;  Address:  c/o Joe Belitzky, Esq.

---

[1] All witnesses are listed with addresses c/o undersigned counsel, whether they are Defendants or otherwise.  They  are all either current or former employees of the Florida Department of Corrections, and accordingly their home addresses are privileged and confidential.

He will testify as to his attempt to restrain Plaintiff during the subject incident, and his use of necessary and reasonable force to do so, and to bring Plaintiff into compliance with lawful orders. His anticipated testimony, including cross examination, could take forty five minutes.

    4. Anthony Roe/ Defendant; Address: c/o Joe Belitzky, Esq.

He will testify as to his attempt to restrain Plaintiff during the subject incident, and his use of necessary and reasonable force to do so, and to bring Plaintiff into compliance with lawful orders. His anticipated testimony, including cross examination, could take forty five minutes.

    5. Kenneth Stephens/ Defendant; Address: c/o Joe Belitzky, Esq.

He will testify as to his attempt to restrain Plaintiff during the subject incident, and his use of necessary and reasonable force to do so, and to bring Plaintiff into compliance with lawful orders. His anticipated testimony, including cross examination, could take forty five minutes.

    6. Barbara Brown/ Witness; Address: c/o Joe Belitzky, Esq.

She will testify as to her role as shift supervisor during the subject incident, and what she may have observed or heard. Her anticipated testimony, including cross examination, could take thirty minutes.

    7. Shannon Broxsie/ Witness; Address: c/o Joe Belitzky, Esq.

She will testify as to her role as the video recorder and witness to some of the events of the subject incident. Her anticipated testimony, including cross examination, could take thirty minutes.

    8. William Thigpen/ Witness; Address: c/o Joe Belitzky, Esq.

He will testify as to his observation of some of the events of the subject incident, including observing Charles McCoy's injuries. His anticipated testimony, including cross examination, could take thirty minutes.

    9. Melanie Martin/Witness; Address: c/o Joe Belitzky, Esq.

She will testify as to her observation of some of the events of the subject incident, including observing Charles McCoy's injuries. Her anticipated testimony, including cross examination, could take thirty minutes.

    10. Shanita Cooley/ Defendant; Address: c/o Joe Belitzky, Esq.

She will testify as to her role in the subject incident, and her observation of Plaintiff's aggressive behavior and the Defendants' responses thereto. Her anticipated testimony, including cross examination, could take thirty minutes.

    11. Vekeisha Johnson/ Defendant; Address: c/o Joe Belitzky, Esq.

She will testify as to her role in the subject incident, and her observation of Plaintiff's aggressive behavior and the Defendants' responses thereto. Her anticipated testimony, including cross examination, could take thirty minutes.

    12. Heath Holland/ Defendant;  Address: c/o Joe Belitzky, Esq.

He will testify as to his role in the subject incident as Warden of Jefferson Correctional Institution, and in review of the subject use of force. His anticipated testimony, including cross examination, could take thirty minutes.

    13. Darren White/ Defendant;  Address:  c/o Joe Belitzky, Esq.

He will testify as to his role in the subject incident, if any. His anticipated testimony, including cross examination, could take thirty minutes.

    14. Jason McDonald/ Defendant;  Address:  c/o Joe Belitzky, Esq.

He will testify as to his role in the subject incident, if any. His anticipated testimony, including cross examination, could take thirty minutes.

    15. A. Varona, MD/ Witness;  Address: c/o Joe Belitzky, Esq.

He will testify as to his role in examining and treating Plaintiff and Defendant Charles McCoy

for injuries received during the subject incident. His anticipated testimony, including cross examination, could take thirty minutes.

16. C. Clooper, LPN/ Witness;  Address: c/o Joe Belitzky, Esq.

She will testify as to her role in examining and treating Plaintiff for injuries received during the subject incident. Her anticipated testimony, including cross examination, could take thirty minutes.

17. A. Cangiolosi, RN/ Witness;  Address: c/o Joe Belitzky, Esq.

She will testify as to her role in examining and treating Charles McCoy for injuries received during the subject incident. Her anticipated testimony, including cross examination, could take thirty minutes.

18. Any witness listed by Plaintiff on his witness list.

19. Any witness necessary for impeachment or rebuttal.

Respectfully Submitted,

**ASHLEY B. MOODY**
**ATTORNEY GENERAL**

/s/ Joe Belitzky
Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872

                Joe.Belitzky@myfloridalegal.com
                Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the foregoing was electronically filed via CM/ECF, and that a true copy has been furnished by U.S. Mail to: Gregory B. Cooper T57324, Taylor Correctional Institution, 8501 Hampton Springs Rd., Perry, FL 32348 on this 4th day of May, 2022.

                /s/ Joe Belitzky
                Joe Belitzky
                Senior Assistant Attorney General