UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**GREGORY B. COOPER,**

    **Plaintiff,**

v.                                                          Case No. 4:18-cv-371/MW/MJF

**CHARLES D. MCCOY, et al.,**

    **Defendants.**
_____/

## DEFENDANTS' EXHIBIT LIST

    Defendants, through undersigned counsel, and pursuant to this Court's Order [Doc. 165], file their 'exhibit list' of documents they intend to offer into evidence at trial:

1. Florida Department of Corrections (hereinafter 'FDC') Report of Force Used No. 18-07168, pertaining to force used on Gregory Cooper on April 13, 2018.

2. FDC Incident Report No.2018-103-0760, dated 4/13/2018, reporting employee Joshua Shelton.

3. FDC Incident Report No.2018-103-0760A, dated 4/13/2018, reporting employee David Williams.

4. FDC Incident Report No.2018-103-0760B, dated 4/13/2018, reporting employee Anthony Roe.

5. FDC Incident Report No.2018-103-0760C, dated 4/13/2018, reporting employee Kenneth Stephens.

6. FDC Incident Report No.2018-103-0760D, dated 4/13/2018, reporting employee Shannon Broxsie.

7. FDC Incident Report No.2018-103-0760E, dated 4/13/2018, reporting employee William Thigpen.

8. FDC Incident Report No.2018-103-0760F, dated 4/13/2018, reporting employee Shanita Cooley.

9. FDC Incident Report No.2018-103-0760G, dated 4/13/2018, reporting employee Vekeisha Johnson.

10. FDC Incident Report No.2018-103-0760H, dated 4/13/2018, reporting employee Melanie Martin.

11. FDC Incident Report No.2018-103-0760I, dated 4/13/2018, reporting employee Charles McCoy.

12. FDC MINS Incident Report No. 0000849758, pertaining to the subject incident.

13. FDC MINS Incident Report No. 0000849758 (second), pertaining to the subject incident.

14. FDC MINS Incident Report No. 0000849363, pertaining to the subject incident.

15. FDC Office of the Inspector General Criminal Investigation Case No. 18-07131, pertaining to the subject incident.

16. FDC Office of the Inspector General Criminal Investigation Case No. 18-06899, pertaining to the subject incident.

17. FDC Office of the Inspector General Criminal Investigation Case No. 18-07168, pertaining to the subject incident.

18. FDC Interoffice Memorandum from Warden Heath Holland to Inspector General's Office, dated May 3, 2018.

19. Medical records from Gregory Cooper's inmate medical file maintained by FDC,

and pertaining to examination and treatment following the subject incident.

20. Medical records pertaining to examination and treatment given to Defendant Charles McCoy as a result of the subject incident.

21. Photographs of Gregory Cooper taken following the subject incident.

22. Photographs of Charles McCoy taken following the subject incident.

23. Information for Battery on Law Enforcement Officer filed in State of Florida vs. Gregory Cooper, Case No.18-00086CFA, and official documents pertaining to the final disposition of same.

24. FDC Disciplinary Report Log No. 103-180585, dated 4/13/2018, charging Gregory Cooper with Battery/ Attempted Battery on Correctional Officer.

25. FDC Disciplinary Report Log No. 103-180586, dated 4/13/2018, charging Gregory Cooper with Unauthorized Possession of Cellphone/ Wireless Device.

26. FDC Disciplinary Report Log No. 103-180587, dated 4/13/2018, charging Gregory Cooper with Being in Unauthorized Area.

27. Any document listed by Plaintiff in his Exhibit List.

28. Any document used for impeachment or rebuttal.

29. FDC hand held and fixed wing videos recording any portion of the subject incident and medical treatment received by Gregory Cooper pertaining thereto.

Respectfully Submitted,

**ASHLEY B. MOODY**
**ATTORNEY GENERAL**

/s/ Joe Belitzky
Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300
Facsimile: (850) 488-4872
Joe.Belitzky@myfloridalegal.com
Counsel for Defendants

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing has been e-filed via CM/ECF and furnished by U.S. Mail to Gregory B. Cooper T57324, Taylor Correctional Institution, 8501 Hampton Springs Rd., Perry, FL 32348 on this 4th day of May, 2022.

/s/ Joe Belitzky
Joe Belitzky
Senior Assistant Attorney General