IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

GREGORY B. COOPER,

    Plaintiff,

v.   CASE NO. 4:18-cv-371/MW/MJF

CHARLES D. MCCOY, et al.,

    Defendants.
_____/

## NOTICE OF FILING PROPOSED VOIR DIRE QUESTIONS

Defendants McCoy, Shelton, Williams, Roe, Stephens, Cooley, Johnson, Holland, White, and McDonald, by and through undersigned counsel, submit their proposed voir dire questions.

Respectfully submitted,

**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300

/s/ Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Joe.Belitzky@myfloridalegal.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the following was electronically filed with the Clerk of Court using CM/ECF and furnished by U.S.

Mail to **Gregory B. Cooper, DC#T57324,** Taylor Correctional Institution, 8501 Hampton Springs Road, Perry, FL 32348-8747 , on May 31 , 2022.

<u>/s/ Joe Belitzky</u>

**<u>VOIR DIRE QUESTIONS</u>**

1.Have you, a member of your immediate family, or a friend, been involved as a party, witness, or juror in a criminal case or civil lawsuit? If so, describe the experience. Would that experience make it difficult for you to judge this case fairly and impartially?

2.Have you, a member of your immediate family, or a friend, been incarcerated in a prison or a city or county jail? Do you think that your incarceration or the incarceration of a member of your family or friend will have an effect on your decision making in this matter? In what way?

3.Do you maintain contact or correspond with an inmate, or have you done so in the past? If so, for what purpose?

4.Please state all organizations you have supported whose goals or objectives include the protection of or support of civil rights or liberties.

5.Please state all organizations you have supported whose goals or objectives are to provide support or services to inmates or ex-offenders.

6.Have you, a member of your family, or a friend, ever been employed by the Florida Department of Corrections or a local, state, or federal law enforcement

agency? If so, identify the employer or agency.

7. Have you visited a state prison/correctional institution or a local or county jail? If so, what was the purpose of your visit? If so, would the fact that you visited a state prison/correctional institution or a local or county jail keep you from fairly and impartially judging this case?

8. Do you have any preconceived attitudes toward prisons, prison officials, correctional officers, local or county jails, or local or county jail employees, which would keep you from fairly and impartially judging this case?

9. Does anyone think that it is inhumane or cruel and unusual to use force against an inmate?

10. Do you have any preconceived attitudes toward government employees which would keep you from fairly and impartially judging this case?

11. Do you have any negative feelings toward attorneys which would keep you from fairly and impartially judging this case?

12. Do you have any negative feelings about prisoners having to follow orders, or the regulations of their institution?

13. Does anyone believe that they cannot be impartial about a prisoner not having the same constitutional rights as someone who is not incarcerated?

14. Have any of you heard any news events concerning Florida prisons? Has this caused you to change your perception of law enforcement, prisons, prison official and/or correctional officers, or local or county jails, or local or county jail

employees? If so, how has your perception changed?

15. Do you have any preconceived attitudes toward the judicial system which would keep you from fairly and impartially judging this case?

16. Are you currently a member of the military or do you have any prior military experience? If so, please identify which branch of the military you are or were in and state your rank.

17. Have you, a member of your family, or a friend, ever been the victim of a felony? If so, do you know if the offender was sentenced to prison?

18. What is your highest education level?

19. What do you enjoy doing in your free time? Do you have any hobbies?

20. Do you have any preconceived opinions about incarcerated persons that would preclude you from being impartial in deciding this case?

21. Is there anyone sitting in the panel saying to themselves, "I have an issue that would prevent me from judging this case fairly, if only someone had asked me this question, I would have divulged something very important about me?" If so, what was that piece of information?