## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**GREGORY B. COOPER,**

     **Plaintiff,**

**v.**                                            **CASE NO. 4:18-cv-371/MW/MJF**

**CHARLES D. MCCOY et al.,**

     **Defendants.**

_____/

### NOTICE OF FILING DEFENDANTS' PROPOSED VERDICT FORM

Defendants McCoy, Shelton, Williams, Roe, Stephens, Cooley, Johnson, Holland, White, and McDonald, by and through undersigned counsel, submit their proposed verdict form.

Respectfully submitted,
**ASHLEY MOODY**
**ATTORNEY GENERAL**
Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
Telephone: (850) 414-3300

/s/ Joe Belitzky
Senior Assistant Attorney General
Florida Bar No. 0217301
Joe.Belitzky@myfloridalegal.com

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the following was electronically filed with the Clerk of Court using CM/ECF and furnished by U.S. Mail to Gregory B. Cooper, DC# T57324, Taylor Correctional Institution, 8501 Hampton Springs

Rd., Perry, FL 32348-8747, on May 31, 2022.

/s/ Joe Belitzky

## PROPOSED VERDICT FORM

WE THE JURY unanimously return the following verdict:

Do you find from a preponderance of the evidence:

1.  That, on April 13, 2018, each Defendant below intentionally committed acts that violated the Plaintiff's constitutional right not to be subjected to excessive or unnecessaryforce?

| | | |
|---|---|---|
| Charles McCoy | YES _____ | NO _____ |
| Kenneth Stephens | YES _____ | NO _____ |
| David Williams | YES_____ | NO_____ |
| Joshua Shelton | YES_____ | NO_____ |
| Jason McDonald | YES_____ | NO_____ |
| Darren White | YES_____ | NO_____ |
| Anthony Roe | YES_____ | NO_____ |

 If you answered "NO" to question 1 for each Defendant, that ends your deliberations, and you should skip to the last page and have the foreperson sign and date this Verdict Form.

If you answered "YES" to question 1 for any of the Defendants, answer the next question only as to that Defendant.

2.  The Defendant'(s) acts caused Gregory Cooper to suffer more than a

minimal physical injury?

Charles McCoy            YES _____        NO _____

Kenneth Stephens         YES _____        NO _____

David Williams           YES_____         NO_____

Joshua Shelton           YES_____         NO_____

Jason McDonald           YES_____         NO_____

Darren White             YES_____         NO_____

Anthony Roe              YES_____          NO_____


If you answered "NO" for each Defendant, that means that Gregory Cooper will

be awarded $1.00 in nominal damages.  You will still need to consider the issue

of punitive damages. (Question 4)


If you answered "YES" for any Defendant, you will need to determine the amount

of compensatory damages that Gregory Cooper should be awarded. (Question 3)


   3.   <u>Compensatory Damages:</u>

Do you find by a preponderance of the evidence that Gregory Cooper should be

awarded damages to compensate him for the excessive or unnecessary force, in

the following amounts:

    $_____Physical Injury

    $_____ Emotional pain and mental anguish

Proceed to the next question.

4.      <u>Punitive Damages:</u>

Answer Question 4 only if you awarded nominal or compensatory damages against any Defendant on the excessive or unnecessary force claim.

Do you find by a preponderance of the evidence that the Defendant acted with malice or reckless indifference to Gregory Cooper's federally protected rights, such that punitive damages should be awarded against that Defendant based on the excessive or unnecessary force?

Charles McCoy              YES _____      NO _____

Kenneth Stephens           YES _____      NO _____

David Williams             YES_____       NO_____

Joshua Shelton             YES_____       NO_____

Jason McDonald             YES_____       NO_____

Darren White               YES_____       NO_____

Anthony Roe                YES_____        NO_____

Answer Question 5 only if you answered "YES" for any of the Defendants in Question 4.

5. Gregory Cooper should be awarded punitive damages in the following

amount:

Charles McCoy                    $_____

Kenneth Stephens                 $_____

David Williams                   $_____

Joshua Shelton                   $_____

Jason McDonald                   $_____

Darren White                     $_____

Anthony Roe                      $_____

If you answered 'Yes' to Question 1 for any Defendant, then go on to answer

the following Question(s):  Otherwise, skip the remaining question(s) and your

foreperson should sign and date the verdict form.

Do you find from a preponderance of the evidence:

6. That, on April 13, 2018, each Defendant below intentionally committed acts
that violated the Plaintiff's constitutional right by failing to intervene to prevent
another Defendant's use of excessive or unnecessary force, when he or she could
have reasonably done so?

Heath Holland              YES _____      NO _____

Shanita Cooley             YES _____      NO _____

Vekiesha Johnson           YES_____       NO_____

If you answered "NO" to question 6 for each Defendant, that ends your deliberations, and you should skip to the last page and have the foreperson sign and date this Verdict Form.

If you answered "YES" to question 6 for any of the Defendants, answer the next question only as to that Defendant.

7. The Defendant'(s) acts caused Gregory Cooper to suffer more than a

minimal physical injury?

| | | |
|---|---|---|
| Heath Holland | YES _____ | NO _____ |
| Shanita Cooley | YES _____ | NO _____ |
| Vekiesha Johnson | YES_____ | NO_____ |

If you answered "NO" for each Defendant, that means that Gregory Cooper will

be awarded $1.00 in nominal damages.  You will still need to consider the issue of punitive damages. (Question 9)

If you answered "YES" for any Defendant, you will need to determine the amount of compensatory damages that Gregory Cooper should be awarded. (Question 8)

8. <u>Compensatory Damages:</u>

Do you find by a preponderance of the evidence that Gregory Cooper should be awarded damages to compensate him for the failure to intervene to prevent excessive or unnecessary force, in the following amounts:

$_____Physical Injury

$_____ Emotional pain and mental anguish


Proceed to the next question.


9.      Punitive Damages:

Answer Question 9 only if you awarded nominal or compensatory damages against any Defendant on the failure to intervene claim.


Do you find by a preponderance of the evidence that the Defendant acted with malice or reckless indifference to Gregory Cooper's federally protected rights, such that punitive damages should be awarded  against that Defendant based on the failure to intervene?


| Heath Holland | YES _____ | NO _____ |
| Shanita Cooley | YES _____ | NO _____ |
| Vekiesha Johnson | YES_____ | NO_____ |

Answer Question 10 only if you answered "YES" for any of the Defendants in

Question 9.

   10.  Gregory Cooper should be awarded punitive damages in the following

amount:

    Heath Holland                  $_____

    Shanita Cooley               $_____

    Vakiesha Johnson          $_____

So say we all this _____day of  July, 2022.

                                        _____

                                        Foreperson